IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DANA WOODS                                                                                         PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:17-CV-91-SA-RP

DITECH FINANCIAL, LLC, and
BANK OF AMERICA, N.A.                                                                           DEFENDANTS

ORDER DISMISSING CASE

THIS DAY, came on for hearing, the Motion of the Plaintiff for Voluntary Dismissal [51] pursuant to Federal Rule of Civil Procudure 41(a)(2). The Court being fully advised on the premises finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Plaintiff's motion to dismiss her own case voluntarily is GRANTED and the parties shall bear their own costs. This case is DISMISSED without prejudice, and this CASE is CLOSED.

SO ORDERED on this the 15th day of May, 2018.

                                                   /s/ Sharion Aycock
                                                 UNITED STATES DISTRICT JUDGE